

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00154-CV

**IN RE** Glenn H. **KOTHMANN**, and GHK Enterprises L.P., Relators

Original Proceeding[1]

PER CURIAM

Sitting:        Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: June 2, 2021

DISMISSED

Relators have filed a motion to dismiss their petition for writ of mandamus, which complained of the trial court's failure to set a hearing on a pending motion. The motion shows the trial court held a hearing and ruled on the motion. We therefore grant the motion and dismiss the petition for writ of mandamus as moot. *See In re Gray*, 578 S.W.3d 212, 213 (Tex. App.—Tyler 2019, no pet.).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 9268 pending in the County Court, Frio County, Texas, the Honorable Arnulfo C. Luna presiding.